| | |
|---|---|
| **DURIE TANGRI LLP** | **CROWELL & MORING LLP** |
| MICHAEL H. PAGE (SBN 154913) | MICHAEL KAHN (SBN 57432) |
| mpage@durietangri.com | mkahn@crowell.com |
| JOSHUA H. LERNER (SBN 220755) | GREGORY D. CALL (SBN 120483) |
| jlerner@durietangri.com | gcall@crowell.com |
| 217 Leidesdorff Street | BEATRICE B. NGUYEN (SBN 172961) |
| San Francisco, CA 94111 | bbnguyen@crowell.com |
| Telephone: 415-362-6666 | 275 Battery Street, 23rd Floor |
| Facsimile: 415-236-6300 | San Francisco, CA 94111 |
| | Telephone: 415.986.2800 |
| ATTORNEYS FOR DEFENDANT | Facsimile: 415.986.2827 |
| TWITTER, INC. | |
| | ATTORNEYS FOR PLAINTIFFS |
| | PEOPLEBROWSR PTY., LTD., |
| | PEOPLEBROWSR, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PeopleBrowsr, Inc., and PeopleBrowsr Pty., Ltd., | Case No. 3:12-cv-06120-EMC |
| Plaintiffs, | [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO REMAND |
| v. | |
| Twitter, Inc., | |
| Defendant. | Ctrm: 5 -17th Floor<br>Judge: Honorable Edward M. Chen |

Having considered the Join Stipulation Continuing Deadline to Respond to Complaint and Setting Briefing Schedule for Motion to Remand, and having concluded that there is good cause to grant the requested relief, the stipulation is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. Defendant shall have until December 27, 2012, to answer, move against, or otherwise respond to the Complaint. Plaintiff shall file any Motion to Remand by December 27, 2012.

2. Plaintiffs' opposition to Defendant's Motion to Dismiss and Defendant's opposition to Plaintiffs' Motion to Remand shall be filed by January 10, ~~2012~~ 2013.

3. Reply briefs shall be due by January 17, ~~2012~~ 2013.

4. The hearing on Defendant's Motion to Dismiss and Plaintiffs' Motion to Remand will be held on January 31, ~~2012~~ 2013 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: December __18__, 2012

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on December 14, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Joshua H. Lerner*
JOSHUA H. LERNER