DURIE TANGRI LLP
MICHAEL H. PAGE (SBN 154913)
mpage@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:    415-236-6300

WILSON SONSINI GOODRICH & ROSATI, P.C.
JONATHAN M. JACOBSON (*admitted to N.D. Cal., but not CA state bar*)
jjacobson@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone:   212-497-7758
Facsimile:    212-999-5899

WILSON SONSINI GOODRICH & ROSATI, P.C.
SCOTT A. SHER (SBN 190053)
ssher@wsgr.com
1700 K St., NW, Fifth Floor
Washington, DC 20006
Telephone:   202-973-8822
Facsimile:    202-973-8899

Attorneys for Defendant
Twitter, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PeopleBrowsr, Inc., and PeopleBrowsr Pty., Ltd., <br><br>    Plaintiffs, <br><br>    v. <br><br> Twitter, Inc., <br><br>    Defendant. | Case No. 4:12-cv-06120-EMC <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** <br><br> Date:    January 31, 2013 <br> Time:    1:30 p.m. <br> Ctrm:   5 - 17th Floor <br> Judge:  Honorable Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Twitter, Inc., certifies that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock. Pursuant to Civil Local Rule 3-16, the undersigned certifies that to the best of its knowledge, no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the named parties to the action, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: December 27, 2012

DURIE TANGRI LLP

By: */s/ Michael H. Page*
MICHAEL H. PAGE
JOSHUA H. LERNER

WILSON SONSINI GOODRICH & ROSATI, P.C.
JONATHAN M. JACOBSON (*admitted to N.D. Cal., but not CA state bar*)
jjacobson@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: 212-497-7758
Facsimile: 212-999-5899

WILSON SONSINI GOODRICH & ROSATI, P.C.
SCOTT A. SHER (SBN 190053)
ssher@wsgr.com
1700 K St., NW, Fifth Floor
Washington, DC 20006
Telephone: 202-973-8822
Facsimile: 202-973-8899

Attorneys for Defendant
Twitter, Inc.

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on December 27, 2012 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
MICHAEL H. PAGE