**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

### CIVIL MINUTES

**Date:** January 31, 2013    **Time:** 3:05-3:42
                              **Court Reporter:** Lydia Zinn (415) 531-6587

**Case No. and Name:**   C12-6120 EMC PeopleBrowsr et al. v. Twitter, Inc.
. ,
**Attorneys:**   Greg Call for Plaintiffs
                 Michael Page and Jon Jacobson for Defendant

**Deputy Clerk:**   Betty Lee

### PROCEEDINGS:

-Plaintiffs' motion to remand #12
-Defendant's motion to dismiss #13

### SUMMARY:

- Court took matter under submission and will issue order.