1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   JOSHUA H. LERNER (SBN 220755)
3  jlerner@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: 415-362-6666
5  Facsimile:  415-236-6300

6  WILSON SONSINI GOODRICH & ROSATI, P.C.
   SCOTT A. SHER (SBN 190053)
7  ssher@wsgr.com
   1700 K St., NW, Fifth Floor
8  Washington, DC 20006
   Telephone: 202-973-8822
9  Facsimile:   202-973-8899

10 Attorneys for Defendant
   Twitter, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PeopleBrowsr, Inc., and PeopleBrowsr Pty, Ltd.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Twitter, Inc.,<br><br>                    Defendant. | Case No. 3:12-cv-06120-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER EXTENDING TIME**<br><br>Ctrm: 5 -17th Floor<br>Judge: Honorable Edward M. Chen |

1  WHEREAS, on March 6, 2013, the Court issued an Order Granting Plaintiffs' Motion to Remand (Docket No. 28) (the "Order"), which, among other things, granted Plaintiffs PeopleBrowsr, Inc. and PeopleBrowsr Pty, Ltd.'s (collectively, "PeopleBrowsr") request for Defendant Twitter, Inc. ("Twitter") to pay PeopleBrowsr's reasonable costs and expenses, including attorneys' fees, incurred as a result of Twitter's removal of the above-captioned case;

WHEREAS, pursuant to the Order, PeopleBrowsr's brief detailing its costs and expenses, including attorneys' fees (the "Fees Brief"), is due on March 20, 2013, and the parties have agreed to attempt to resolve this issue without the Court's intervention;

**IT IS HEREBY STIPULATED AND AGREED that:**

Pursuant to Local Rule 6-2, PeopleBrowsr's time to file and serve its Fees Brief be extended from March 20, 2013, until not later than April 19, 2013, and Defendants' responsive pleading shall remain due 14 days after the filing of the Fees Brief.

**IT IS SO STIPULATED.**

Dated: March 20, 2013                                  DURIE TANGRI LLP

                                                        By:   */s/ Michael H. Page*
                                                              MICHAEL H. PAGE
                                                              JOSHUA H. LERNER

                                                        Attorneys for Defendant
                                                        Twitter, Inc.

Dated: March 20, 2013                                  CROWELL & MORING LLP

                                                        By:   */s/ Beatrice B. Nguyen*
                                                              MICHAEL KAHN
                                                              GREGORY D. CALL
                                                              BEATRICE B. NGUYEN

                                                        Attorneys for Plaintiffs
                                                        PeopleBrowsr, Inc. and
                                                        PeopleBrowsr Pty, Ltd.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 6-2, regarding signatures, I, Michael H. Page, attest that concurrence in the filing of this document has been obtained.

Dated:  March 20, 2013                            */s/ Michael H. Page*
                                                    MICHAEL H. PAGE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____ 3/21 _____, 2013

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on March 20, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Michael H. Page*
MICHAEL H. PAGE