CROWELL & MORING LLP
Michael A. Kahn (CSB No. 057432, mkahn@crowell.com)
Gregory D. Call (CSB No. 120483, gcall@crowell.com)
Beatrice B. Nguyen (CSB No. 172961, bbnguyen@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Plaintiffs
PEOPLEBROWSR, INC. and PEOPLEBROWSR, PTY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLEBROWSR, INC., and PEOPLEBROWSR, PTY LTD., <br><br>Plaintiffs, <br><br>v. <br><br>TWITTER, INC., <br><br>Defendant. | Case No. 3:12-cv-06120-EMC <br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ATTORNEYS' FEES BRIEF** <br><br>[Civil L. R. 6-2(a)] |

WHEREAS, on March 6, 2013, the Court issued an Order Granting Plaintiffs' Motion to Remand (Docket No. 28) (the "Order"), which, among other things, granted Plaintiffs PeopleBrowsr, Inc. and PeopleBrowsr, Pty Ltd.'s (collectively, "PeopleBrowsr") request for Defendant Twitter, Inc. ("Twitter") to pay PeopleBrowsr's reasonable costs and expenses, including attorneys' fees, incurred as a result of Twitter's removal of the above-captioned case;

WHEREAS, pursuant to the Order, PeopleBrowsr's brief detailing its costs and expenses, including attorneys' fees (the "Fees Brief"), was originally due on March 20, 2013;

WHEREAS, by stipulation and order of this Court dated March 21, 2013, the deadline for filing and service of the Fees Brief was extended to April 19, 2013, so that the parties could attempt to resolve the issue without the Court's intervention; and

WHEREAS, the parties desire more time to attempt to resolve the issue without the Court's intervention;

**IT IS HEREBY STIPULATED AND AGREED that:**

Pursuant to Local Rule 6-2, PeopleBrowsr's time to file and serve the Fees Brief be extended from April 19, 2013 to no later than May 17, 2013, and that Twitter's responsive pleading shall remain due 14 days after the filing of the Fees Brief.

**IT IS SO STIPULATED.**

Dated: April 19, 2013

CROWELL & MORING LLP

/s/ Beatrice B. Nguyen

Michael A. Kahn
Gregory D. Call
Beatrice B. Nguyen
Attorneys for Plaintiffs
PEOPLEBROWSR, INC. and
PEOPLEBROWSR, PTY LTD.

Dated: April 19, 2013

DURIE TANGRI LLP

/s/ Michael H. Page

Michael H. Page
Attorneys for Defendant
TWITTER, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: April 19, 2013

/s/ Beatrice B. Nguyen
Beatrice B. Nguyen

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/22/13

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*